UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :   **ORDER**

    -v-                             :   S1 20 Cr. 79 (   )

ANASTASIOS VERTEOURIS,              :
    a/k/a "Tasos,"
                                    :
                    Defendant.
                                    :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Samuel P. Rothschild;

It is found that the Superseding Indictment, S1 20 Cr. 79, in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, but to leave Indictment 20 Cr. 79 sealed, and it is therefore

ORDERED that the Superseding Indictment, S1 20 Cr. 79, in the above-captioned action be unsealed and placed on the public docket, but that Indictment 20 Cr. 79 shall remain sealed pending further order of the Court.

Dated:   New York, New York
         January 26, 2021

_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE