UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,                         **CONSENT TO PROCEED BY VIDEO OR
                                                  TELE CONFERENCE**

                    -against-
                                                  **20-CR-00079 (RMB)**

ANASTASIOS VERTEOURIS,
                                   Defendant.
----------------------------------------------------------------X

Defendant ___ANASTASIOS VERTEOURIS___ hereby voluntarily consents to
participate in the following proceeding via _✓_ videoconferencing or ___ teleconferencing:

_✓_   Initial Appearance Before a Judicial Officer

_✓_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

_✓_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


___s/ Anastasious Verteouris___          ___s/ Arthur Aidala___
Defendant's Signature                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Anastasios Verteouris___              ___Arthur Aidala___
Print Defendant's Name                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___January 26, 2021___                   _____
Date                                     U.S. District Judge/U.S. Magistrate Judge