**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

UNITED STATES OF AMERICA,
                      Government,

      -against-

ANASTASIOS VERTEOURIS,
                    Defendant.
---------------------------------------------------------------X

20 CR. 79 (RMB)

**<u>ORDER</u>**

        The Court will hold a telephonic initial pretrial conference conference on Wednesday, January 27, 2021 at 9:00 AM.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 2079

Dated: January 27, 2021
       New York, NY

_____
        RICHARD M. BERMAN
          U.S.D.J.