LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

February 9, 2021

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Anastasios Verteouris
      20-cr.-00079 (RMB)

Dear Judge Berman:

     Please accept this letter on behalf of our client, Anastasios Verteouris, which serves to respectfully request Your consent to allow Mr. Verteouris to leave the State of New York to travel to Pocono Manor, Pennsylvania for a family vacation from Friday, February 12, 2021 to Monday, February 15, 2021.

     Mr. Verteouris is requesting to drive with his wife and five children from New York to Kalahari Resorts in the Poconos for a family vacation with his mother, his cousin and wife and their children. This vacation had been scheduled and booked prior to his pending matter being brought before the Court. Mr. Venteouris and his family will drive back to New York on Monday, February 12, 2021.

     We have reached out to AUSA Samuel Rothschild and Pretrial Officer Francesca Tessier-Miller, and neither have any objection to this request.

     Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala

ALA:dg

cc:   AUSA Samuel Rothschild
      Officer Francesca Tessier-Miller