LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

February 10, 2021

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Anastasios Verteouris
      20-cr.-00079 (RMB)

Dear Judge Berman:

Please accept this letter on behalf of our client, Anastasios Verteouris, which serves to respectfully respond to the Court's inquiry as to Mr. Venteouris' compliance with travel directives in connection with the request he has asked the Court to grant.

Both Mr. and Mrs. Verteouris and 2 of their 3 children have had Covid-19 and both parents have tested positive for the antibodies. The entire family will take a test on Thursday, February 11, 2021 and will only travel to Pennsylvania if they receive negative results. Additionally, they will all have Covid-19 tests taken on Tuesday, February 16, 2021 when they return to New York and will quarantine as directed until they receive a negative result. Any medical records in connection with the family's prior and/or future results will be available to the Court if it requests.

Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala

ALA:dg

cc:   AUSA Samuel Rothschild
      Officer Francesca Tessier-Miller