**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

ANASTASIOS VERTEOURIS,
                Defendant.
------------------------------------------------------------X

20 CR. 79 (RMB)

**ORDER**

        In light of the continuing COVID-19 pandemic, the status conference scheduled for March 23, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2079

Dated: March 18, 2021
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.