LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL DIBENEDETTO
TAYLOR FRIEDMAN

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

May 20, 2021

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Anastasios Verteouris
       20-cr.-00079 (RMB)

Dear Judge Berman:

    Please accept this letter on behalf of our client, Anastasios Verteouris, which serves to respectfully request Your consent for an adjournment of the conference currently scheduled for May 26, 2021.

    We are continuing to process discovery and have no new issues to bring in front of the Court at this time. Therefore, we are requesting an adjournment from the currently scheduled date for any time that is convenient for the Court except for the week of June 21, 2021. Our client agrees to exclude time up to the new date under the Speedy Trial Act.

    We have spoken to AUSA Robert Sobelman who also has no new issues to raise and consents to this request.

    Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala

ALA:dg

cc:   AUSA Robert Sobelman