LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL DiBENEDETTO
TAYLOR FRIEDMAN

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

August 31, 2021

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Anastasios Verteouris
      20-cr.-00079 (RMB)

Dear Judge Berman:

Please accept this letter on behalf of our client, Anastasios Verteouris, which serves to respectfully request Your consent to allow Mr. Verteouris to leave the State of New York to drive to Pennsylvania for the holiday weekend.

Mr. Verteouris is requesting to drive with his wife and children from New York to Pocono Farms in Tobynanna, Pennsylvania on Monday, September 4, 2021 and return on Monday, September 6, 2021. They will be staying at the home of his cousin.

We have reached out to Pretrial Officer Francesca Tessier-Miller who has no objections, and to AUSA Samuel Rothschild who defers to the Pre-trial office's decision.

Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala

ALA:dg

cc:   AUSA Samuel Rothschild
      Officer Francesca Tessier-Miller