UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                20 CR. 79 (RMB)

   -against-

                                                                               **ORDER**

ANASTASIOS VERTEOURIS,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, March 22, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2079

Dated: March 16, 2022
       New York, NY

                                                      _____
                                                        RICHARD M. BERMAN
                                                           U.S.D.J.