**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

               20 CR. 79 (RMB)

   -against-

               **ORDER**

ANASTASIOS VERTEOURIS,
               Defendant.
------------------------------------------------------------X

      The sentencing scheduled for Tuesday, August 2, 2022 at 10:00 AM is hereby rescheduled to Tuesday, August 9, 2022 at 11:30 AM.

      The proceeding will take place in Courtroom 17B.

Dated: May 20, 2022
       New York, NY

                             _____
                                RICHARD M. BERMAN
                                  U.S.D.J.