

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Anastasios Verteouris*, 20 Cr. 79 (RMB)

Dear Judge Berman:

      The Government respectfully submits this letter in response to the Court's August 17, 2022 order (Dkt. 87) directing the Government to respond to the defendant's August 16, 2022 request to travel to New Jersey from August 20 to 28, 2022 for a family vacation (Dkt. 86). The defendant's request notes that the U.S. Probation Office ("Probation") consents to the request so long as the defendant "continues to follow the protocol set by his office [*sic*]." (Dkt. 86). The Court has ordered the defendant to provide "specific details" regarding how he will comply with the conditions of supervised release while he is away. (Dkt. 87). The Government defers to Probation's position—that is, the Government has no objection so long as Probation is satisfied that the defendant will be able to comply with the conditions of supervised release while he is away.

                            Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                  By: _____
                        Tara M. La Morte
                        Robert Sobelman
                        Samuel P. Rothschild
                        Assistant United States Attorneys
                        (212) 637-1041/2616/2504

cc:    Arthur Aidala, Esq. (by ECF)