LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL DIBENEDETTO
LINO DE MASI

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

August 17, 2022

**Permission to travel is granted subject to compliance with the terms of supervised release, and, as further set forth in this letter.**

SO ORDERED:
Date: 8/17/22
Richard M. Berman
Richard M. Berman, U.S.D.J.

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  USA v. Anastasios Verteouris
     20-cr-00079 (RMB)

Dear Judge Berman:

In response the Court's request for further clarification as to how our client, Anastasios Verteouris, will fulfill his compliance with supervised release during the period of time he will be in New Jersey, we would like to provide the Court with more specific information.

Mr. Verteouris will be attending his initial assessment for a substance abuse program with Bridge Back to Life tomorrow, Thursday, August 18, 2022. If required to attend his next meeting during the week of August 20 - 28th, while he is scheduled to be away, Mr. Verteouris will drive back to New York to attend.

Additionally, Mr. Verteouris has begun his virtual therapy sessions with his therapist Brittany Rose DeFalco. His next session with Ms. DeFalco has already been scheduled for Monday, August 22nd and Mr. Verteouris will attend virtually from New Jersey.

Lastly, he is scheduled to attend a Narcotics Anonymous meeting on Monday, August 22, 2022 at 7:30 p.m. at Wave of Recovery located at Holy Trinity Lutheran Church, 5800 Long Beach Blvd., Brant Beach, New Jersey 08008.

We thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala

ALA:dg

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/22