LAW OFFICES OF
# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL DIBENEDETTO
LINO DE MASI

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

September 12, 2022

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Anastasios Verteouris
      20-cr-00079 (RMB)

Dear Judge Berman:

Please accept this letter on behalf of our client, Anastasio Verteouris, which serves to respectfully request Your consent to allow the release of Mr. Verteouris' passport which is currently in the possession or Pre-Trial Services.

Your Honor has imposed sentence on August 9, 2022 to time served and 3 years post release supervision.

We would greatly appreciate if Your Honor would allow Mr. Verteouris' passport to be released as soon as possible.

Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Very truly yours,

Arthur L. Aidala

ALA:dg

cc:   AUSA Robert Benjamin Sobelman
      robert.sobelman@usdoj.gov

      USPO Ryan Lehr
      ryan_lehr@nyspt.uscourt.gov