**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

              20 CR. 79 (RMB)

   -against-

              **ORDER**

ANASTASIOS VERTEOURIS,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, October 19, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      Dial in Number: (646) 453-4442
      Conference ID: 686 926 533#

Dated: October 11, 2022
       New York, NY

                                                        RICHARD M. BERMAN
                                                              U.S.D.J.