UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                20 CR. 79 (RMB)

   -against-

                                                                               **ORDER**

ANASTASIOS VERTEOURIS,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing scheduled for Monday, December 19, 2022 at 10:00 AM is hereby rescheduled to 11:00 AM on the same date.

       In the absence of defense objection – the proceeding is being held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 747 300 878#

Dated: December 14, 2022
       New York, NY

                                                                       _____
                                                                        RICHARD M. BERMAN
                                                                               U.S.D.J.