**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                              20 CR. 79 (RMB)

          -against-
                                                              **AMENDED ORDER**

ANASTASIOS VERTEOURIS,
                         Defendant.
------------------------------------------------------------X

         The supervised release hearing scheduled for Monday, December 19, 2022 at 2:30 PM

is hereby rescheduled to Thursday, February 2, 2022 at 10:00 AM.

         In the absence of defense objection – the proceeding is being held by video.

         Members of the public and the press can use the following dial-in

information to access the audio of the proceeding:

         Dial-in Number: (646) 453-4442
         Conference ID: 747 300 878#


Dated: December 15, 2022
         New York, NY


                                                    _____
                                                         RICHARD M. BERMAN
                                                               U.S.D.J.