UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                        Government,         :         20 CR. 79 (RMB)
                                              :
        - against -                        :         **ORDER**
                                              :
ANASTASIOS VERTEOURIS,                        :
                                              :
                        Defendant.          :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 2, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 175 416 440#

Dated: January 25, 2023
       New York, NY

                                                 **RICHARD M. BERMAN**
                                                        U.S.D.J.