LAW OFFICES OF
## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON
ANDREA M. ARRIGO
MICHAEL F. DIBENEDETTO
LINO J. DE MASI
DAVID M. SCHWARTZ

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE (212) 486-0011
FACSIMILE (212) 750-8297
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL (718) 238-9898
FAX (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

January 31, 2023

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   USA v. Anastasios Verteouris
       20-cr-00079 (RMB)

Dear Judge Berman:

  We write regarding our client, Anastasios Verteouris, and to respectfully request that the Court slightly modify Mr. Verteouris's conditions of Probations, which we were expecting to address with Your Honor on Thursday, February 2, 2023, before the appearance was adjourned due to scheduling issues.

  As a condition of his probationary sentence, Mr. Verteouris was ordered to 1) attend a weekly substance abuse program, 2) seek weekly mental health treatment, and 3) attend a weekly Narcotics Anonymous meeting, among other things. To date, Mr. Verteouris has enrolled in Bridge Back to Life, which he currently attends 3x per week, receiving both substance abuse treatment 2x per week and mental health treatment 1x per week. This program has been extremely beneficial to him and his counselor from this program, Stacy Pagan, is the counselor who will be present during the next update with Your Honor.

  Consistent with the initial terms set by the Court, Mr. Verteouris is also receiving additional mental health treatment 1x per week from a second counselor, and attending weekly Narcotics Anonymous meetings. Mr. Verteouris has been complaint with these requirements since August of 2022. We are requesting that the Court modify and remove these additional two treatment requirements, as Mr. Verteouris is confident that his programming at Bridge Back to Life is meeting all of his treatment needs, and that the additional two requirements are duplicative and are becoming cost and time prohibitive, and are not furthering the goals of his treatment. In addition, the second counselor is costing Mr. Verteouris $300.00 per week.

We expect that Probation and Ms. Pagan will not object to this request. We thank the Court for consideration of this request.

Very truly yours,

Arthur L. Aidala

ALA:dg

cc: AUSA Samuel Rothschild
samuel.rothschild@usdoj.gov

USPO Charnice Perez