UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                      Government,        :    20 CR. 79 (RMB)
                                                    :
        - against -                              :    **ORDER**
                                                    :
ANASTASIOS VERTEOURIS,                              :
                      Defendant.          :
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, March 13, 2023 at 2:00 P.M. is hereby rescheduled to Thursday, March 23, 2023 at 11:00A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 175 416 440#

Dated: February 23, 2023
       New York, NY

                                          */s/ Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                U.S.D.J.