UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
               Government,       :       20 CR. 79 (RMB)
                                           :
      - against -                         :       **ORDER**
                                           :
ANASTASIOS VERTEOURIS,                     :
               Defendant.        :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, August 29, 2023 at 11:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 955 654 275#

Dated: August 23, 2023
      New York, NY

                                                                    **RICHARD M. BERMAN**
                                                                          **U.S.D.J.**