UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                  Government,

- against -

ANASTASIOS VERTEOURIS,
                  Defendant.
---------------------------------------------------------------x

20 CR. 79 (RMB)

**ORDER**

      The supervised release hearing is scheduled for Wednesday, December 13, 2023 at 1:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 361 192 205#

Dated: December 6, 2023
      New York, NY

                                                       _____
                                                        **RICHARD M. BERMAN**
                                                              **U.S.D.J.**