UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                Government,     :     20 CR. 79 (RMB)

     - against -            :     **ORDER**

ANASTASIOS VERTEOURIS,     :
                Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, February 12, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 329 110 44#

Dated: February 7, 2024
       New York, NY

                                          _Richard M. Berman_
                                      **RICHARD M. BERMAN**
                                              **U.S.D.J.**