UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                 :
                                          :
                Government,     :     20 CR. 79 (RMB)
                                          :
      - against -                        :     **ORDER**
                                          :
ANASTASIOS VERTEOURIS,                    :
                                          :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 25, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 708 686 426#

Dated: April 17, 2024
       New York, NY

                                                     */s/ Richard M. Berman*
                                                     **RICHARD M. BERMAN**
                                                             **U.S.D.J.**