LAW OFFICES OF

## Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ+
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
+ALSO ADMITTED IN D C

546 FIFTH AVENUE
NEW YORK, NY 10036
TELEPHONE: (212) 486-0011
FACSIMILE: (917) 261-4832
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK
11228 TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

July 16, 2024

**By ECF**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:    USA v. Anastasios Verteouris
       20-cr-00079 (RMB)

Dear Judge Berman:

Please accept this letter on behalf of our client, Anastasios Verteouris, which serves to respectfully request Your consent to allow Mr. Verteouris to leave the State of New York to fly with his family to Jamaica .

Mr. Verteouris is requesting to fly with his wife, children, mother, in-laws and nieces from New York to Jamaica on American Airlines Flight 1349 on Tuesday, August 13, 2024 and return on AA Flight 1349 on Friday, August 23, 2024. They will be staying at Azul Beach Resort in Negril, Jamaica.

We have reached out to Probation Officer Dwight Brown who has no objection to this travel request, and to AUSA Samuel Rothschild who states that his Office also has no objection.

Thank you for your time and attention to this matter. If you should have any questions or concerns, please do not hesitate to contact me at (718) 238-9898.

Respectfully submitted,

Arthur L. Aidala

ALA:dg

cc:    AUSA Samuel Rothschild
       Probation Officer Dwight Brown