UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                                          :
                             Government,    :       20 CR. 79 (RMB)
                                                                          :
              - against -              :       **ORDER**
                                                                          :
ANASTASIOS VERTEOURIS,                       :
                                                                          :
                              Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 8, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 916 491 046#

Dated: July 31, 2024
       New York, NY

                                                            **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**