UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ANASTASIOS VERTEOURIS,<br><br>                                Defendant. | 20-CR-79 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Thursday, August 8, 2024, at 9:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 916 491 046#

Video Link: [hyperlinked here](#)

Mr. Verteouris was sentenced on August 9, 2022 to time served and three years of supervised release for conspiracy to distribute and possess with intent to distribute drugs. Supervision commenced on August 9, 2022 and is scheduled to expire on August 8, 2025.

Verteouris has been compliant with all of his conditions of supervision. He has incurred no violations of supervised release. Verteouris stated: "I'm grateful, I'm happy, and I can tell you that there's no turning back from where I am today."

Date: August 6, 2024
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J**