**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                     :
                Government,    :     20 CR. 79 (RMB)
                                     :
       - against -             :     **ORDER**
                                     :
ANASTASIOS VERTEOURIS,                   :
                                     :
                Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 14, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 836 310 501#

Dated: November 6, 2024
      New York, NY

                                                    *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                **U.S.D.J.**