**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,   :   20 CR. 79 (RMB)
                                             :
       - against -                          :   **ORDER**
                                             :
ANASTASIOS VERTEOURIS,                       :
                                             :
                    Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 30, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 318 976 063#

Dated: July 23, 2025
      New York, NY

                                                  RICHARD M. BERMAN
                                                         U.S.D.J.